■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. WAGE, Appellant.—Appeal from a judgment of the County Court of Broome County, rendered December 16, 1977, upon a verdict convicting defendant of the crime of burglary in the third degree. Judgment affirmed (see *People v Perry,* 36 NY2d 114; *People v St. Mary,* 55 AD2d 968). Kane, J. P., Main, Larkin, Mikoll and Herlihy, JJ., concur.